FILED
John E. Triplett, Clerk of Court
United States District Court
*By jamesburrell at 1:30 pm, Jan 15, 2025*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO: 1:25cr-003 |
| ) | |
| v.                                  ) | 18 U.S.C. § 1111 |
| ) | Premeditated Murder |
| NATRAVIEN RESHAWN LANDRY ) | |
| ) | 18 U.S.C. § 924(c) |
| ) | Use of a Firearm during a |
| ) | Crime of Violence |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
*Premeditated Murder*
18 U.S.C. § 1111

On or about December 14, 2024, on Fort Eisenhower Army Installation, a place within the special maritime and territorial jurisdiction of the United States, within the Southern District of Georgia, the Defendant,

**NATRAVIEN RESHAWN LANDRY,**

willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill a human being identified herein by the initials A. S. by shooting A. S. with a firearm.

All in violation of Title 18, United States Code, Sections 7 and 1111.

## COUNT TWO
*Use of a Firearm during and in Relation
to a Crime of Violence*
18 U.S.C. § 924(c)

On or about December 14, 2024, on Fort Eisenhower Army Installation, a place within the special maritime and territorial jurisdiction of the United States, within the Southern District of Georgia, the Defendant,

**NATRAVIEN RESHAWN LANDRY,**

did carry, use, and discharge a firearm, to wit: a Glock 9mm pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit, Murder, in violation of Title 18, United States Code, Section 1111, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Count One and Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of either of the offenses alleged in Count One and Count Two of this Indictment, the Defendant, **NATRAVIEN RESHAWN LANDRY**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Glock, model 43x, 9mm caliber pistol, S/N CCVX495, and any and all associated ammunition.

If any of the property described above, as a result of any act or commission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Patricia G. Rhodes
Assistant United States Attorney
Co-counsel

_____
Tania D. Groover
Assistant United States Attorney
Criminal Division Chief

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel