IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-003 |
| | ) | |
| NATRAVIEN RESHAWN LANDRY | ) | |

**O R D E R**

During yesterday's arraignment, the government recounted the discovery already provided to Defendant and explained efforts to obtain and produce additional discovery are ongoing. The parties asked for two weeks to confer and submit a proposed schedule of pretrial deadlines, and requested this period be excluded from the Speedy Trial clock. The Court agrees and **ORDERS** the parties to submit a proposed pretrial scheduling order by no later than February 6, 2025.

The Court finds, as a matter of fact and law, the time the parties requested for continued discovery production by the government and to confer and submit a proposed pretrial scheduling order is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial. The Court also finds the request is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for counsel to effectively prepare their case. Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the extension outweigh the best interests of the public and Defendant in a speedy trial, the Court grants the requested time. The

period of time—January 24, 2025, through and including February 6, 2025—is excluded in computing the time within which trial of this matter may commence.

    SO ORDERED this 24th day of January, 2025, at Augusta, Georgia.

*[signature]*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA