UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | Case Nos. CR125-003, USA v. Landry |
| OF ABSENCE REQUEST ) | CR125-006, USA v. Bray |
| ) | |
| PATRICIA G. RHODES ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Patricia G. Rhodes** be granted leave of absence for the following period: August 11, 2025 through August 22, 2025.

**SO ORDERED**, this 6th day of May, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA