UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) Case Nos. | CR123-031, USA v. Webster |
| OF ABSENCE REQUEST | ) | CR125-003, USA v. Landry |
| | ) | CR125-023, USA v. Patterson |
| HENRY W. SYMS, JR. | ) | CR125-047, USA v. Albright |
| | ) | CR125-052, USA v. Moyer |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Henry W. Syms. Jr.** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Henry W. Syms, Jr.** be granted leave of absence for the following period:  October 8, 2025 through October 10, 2025 and December 29, 2025 through December 31, 2025.

**SO ORDERED**, this 23rd day of September, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA